**No. 10-233. William Porch, Police Officer, Petitioner v. Michael Garrison.**

562 U.S. 1108, 131 S. Ct. 820, 178 L. Ed. 2d 555, 2010 U.S. LEXIS 9720.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 376 Fed. Appx. 274.